1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  SHARON LAHEY (CBSN 263027)
   Special Assistant United States Attorney
5  160 Spear Street, Suite 800
6  San Francisco, California 94105
   Telephone: (415) 977-8963
7  Facsimile (415) 744-0134
   E-Mail: sharon.lahey@ssa.com
8
9  Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY WAYNE FLOURNOY, | Case No.: 2:16-cv-03024-CKD |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Anthony Wayne Flournoy (Plaintiff) and Nancy A. Berryhill, Commissioner of Social Security (Defendant), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Defendant to file her response to Plaintiff's Motion For Summary Judgment by 30 days. The current deadline is June 27, 2017, and the new deadline would be July 27, 2016. Any reply would be due on or before August 10, 2017. This is the first extension of time requested in the above-captioned matter. Defendant requests this additional time because a close friend of her undersigned counsel passed away unexpectedly last week and is assisting with funeral preparations and attending services.

The Parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 26, 2017         PEÑA & BROMBERG

                                         By: /s/ *Jonathan O. Peña*
                                         JONATHAN O. PEÑA
                                         Attorney for the Plaintiff
                                         (As authorized by email on June 26, 2017).

Attorneys for Plaintiff

Dated: June 26, 2017         PHILLIP A. TALBERT
                                         Acting United States Attorney
                                         DEBORAH LEE STACHEL
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration

                                         By: /s/ *Sharon Lahey*
                                         SHARON LAHEY
                                         Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Good cause appearing, pursuant to stipulation, it is so ordered. Defendant shall file her response to Plaintiff's motion for summary judgment on or before July 27, 2017. Any reply thereto shall be filed on or before August 10, 2017.

Dated: June 28, 2017

*[signature: Carolyn K. Delaney]*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE