PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY (CBSN 263027)
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile (415) 744-0134
E-Mail: sharon.lahey@ssa.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| ANTHONY FLOURNOY, | ) | CIVIL NO. 2:16-cv-03024-CKD |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR SECOND** |
| | ) | **EXTENSION OF TIME TO RESPOND** |
| vs. | ) | **TO MOTION FOR SUMMARY** |
| | ) | **JUDGMENT** |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Anthony Flournoy (Plaintiff) and Nancy A. Berryhill, Commissioner of Social Security (Defendant), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to a one-day extension for Defendant to file her response to Plaintiff's Motion For Summary Judgment. The current deadline is July 27, 2017, and the new deadline would be July 28, 2017. Any reply would be due on or before August 11, 2017. This is the second extension of time requested in the above-captioned matter. Defendant requests this additional time due to computer issues.

/ / / /

The Parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  July 27, 2017                        PEÑA & BROMBERG

By:  /s/ *Jonathan O. Peña*
JONATHAN O. PEÑA
Attorney for the Plaintiff
(As authorized by email on July 27, 2017).

Attorneys for Plaintiff


Dated:  July 27, 2017                        PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant U.S. Attorney

Attorneys for Defendant


## ORDER

Good cause appearing, pursuant to stipulation, it is so ordered.  Defendant shall file her response to plaintiff's motion for summary judgment on or before July 28, 2017.  Any reply thereto shall be filed on or before August 11, 2017

Dated:  July 28, 2017

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE